

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00106-CV

| | | |
|---|---|---|
| CANDICE JACKSON, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (DC89-CV2020-1237) |
| V. | § | November 18, 2021 |
| | § | Memorandum Opinion by Justice Walker |
| KELL AUTO SALES, INC. AND ROBERT I. HARMON, Appellees | § | Concurring Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's amended order denying the motion to dismiss based on the Texas Citizens Participation Act. It is ordered that this portion of the trial court's amended order is affirmed.

It is further ordered that appellant Candice Jackson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
     Justice Brian Walker